1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

DENISE TERRY,

            Plaintiff,

    vs.

MIDLAND CREDIT MANAGEMENT, INC,

           Defendant.

)
)
)
)
)
)
)
)
)
)

Case No.: **10-cv-00535-EMC**

**[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE**

     Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  **10/7/2010**

 

         The Honorable Judge

         United States District Judge